



## MEMORANDUM OPINION

No. 04-11-00149-CR

Randolph Lee **NOBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 10-03-00048-CRW
Honorable Stella Saxon, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  April 20, 2011

DISMISSED FOR WANT OF JURISDICTION

The trial court imposed sentence on Randolph Lee Nobles on November 8, 2010, and Randolph Lee Nobles did not file a motion for new trial. The deadline for filing a notice of appeal was therefore December 8, 2010. TEX. R. APP. P. 26.2(a)(1). A notice of appeal was not filed until February 3, 2011, and the envelope in which the notice of appeal was mailed was not postmarked until February 2, 2011. Appellant did not file a timely motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

Because the notice of appeal in this case was not timely filed, we lack jurisdiction to entertain the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if appeal is not timely perfected, court of appeals does not obtain jurisdiction to address merits of appeal, and court may take no action other than to dismiss appeal; court may not suspend rules to alter time for perfecting appeal); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss this appeal for want of jurisdiction.


PER CURIAM

DO NOT PUBLISH